**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ROBERT LEGG, individually and on behalf Of himself and all others similarly situated, | ) | |
| Plaintiff, | ) | |
| v. | ) | CIV-21-655-D |
| LEADERS LIFE INSURANCE COMPANY, | ) | |
| Defendant. | ) | |

**JUDGMENT**

Pursuant to the Order filed separately herein, Plaintiff's claims are dismissed without prejudice to refiling.

**IT IS SO ORDERED** this 6th day of December, 2021.

TIMOTHY D. DeGIUSTI
Chief United States District Judge