# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT LEGG, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>LEADERS LIFE INSURANCE COMPANY<br><br>    Defendant. | Case No. CIV-21-655-D |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Defendant, Leaders Life Insurance Company.

I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

                                                               Respectfully submitted:

                                                              /s/ Claudia McCarron
                                                              Claudia McCarron
                                                              Mullen Coughlin, LLC
                                                              426 W. Lancaster Ave., Ste. 200
                                                              Devon, Pennsylvania 19333
                                                              Telephone: (267) 930-4787
                                                              Facsimile: (267) 9304771
                                                              cmccarron@mullen.law

                                                              *Attorney for Defendant, Leaders Life Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of December 2021, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

/s/ Claudia McCarron
CLAUDIA MCCARRON